AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:12mj 319 |
| | ) | |
| **KEITH ALLEN TAYLOR** | ) | |
| | ) | |
| *Defendant* | | |

FILED
AUG - 3 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about <u>July 2011 to June 1, 2012</u>, in the city/county of <u>Portsmouth</u>, and in the <u>EASTERN</u> District of <u>VIRGINIA</u>, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 952, 963 | Conspiracy to Import into the United States Methylone, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

X   Continued on the attached sheet. Please see attached Affidavit.

READ AND REVIEWED:

*(signature)*
Amy E. Cross
Special Assistant United States Attorney

*(signature)*
Complainant's signature

Brian R. Lewis, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 3, 2012

City and state: Norfolk, VA

*(signature)*
Judge's signature

**TOMMY E. MILLER**
**UNITED STATES MAGISTRATE JUDGE**
*Printed name and title*